[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-16305
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 30, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-20397-CR-UUB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KAREEM JACKSON,
a.k.a. Jamar Fields,
a.k.a. Face,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(June 30, 2009)

Before CARNES, WILSON and COX, Circuit Judges.

PER CURIAM:

Nathan D. Clark, appointed counsel for Kareem Jackson, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jackson's conviction and sentence are **AFFIRMED**.